UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SEAN CLARDY, SR., | NO. CV 18-9064-JVS (AGR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CITY OF SANTA MONICA, et al., | |
| Defendants. | |

On November 1, 2018, the Court filed an Order Dismissing Complaint With Leave to Amend within 30 days. The Court warned Plaintiff that failure to file a timely First Amended Complaint would result in dismissal. (Dkt. No. 6.)

Plaintiff has failed to file a First Amended Complaint or request a further extension of time to do so.

Accordingly, IT IS ORDERED that this action is dismissed.

**IT IS SO ORDERED.**

DATED: December 18, 2018

_____
JAMES V. SELNA
United States District Judge